# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| AMERICAN ACCEPTANCE CO., LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN GOLDBERG and | ) | Case No. 2:08-CV-9 JVB |
| GOLDBERG ASSOCIATES, LLC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| WACHOVIA BANK, N.A., | ) | |
| | ) | |
| Garnishee-Defendant. | ) | |

## ORDER

On March 3, 2008, the undersigned District Judge referred this matter to the Magistrate Judge assigned to this case for a Report and Recommendation on Plaintiff's Motion for Entry of Default Judgment [DE 25] and for all proceedings related thereafter.

On March 11, 2008, the Magistrate Judge held a hearing on the instant Motion for Default Judgment. After hearing the parties' arguments, the Magistrate Judge issued a Report and Recommendation of proposed combined findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) [DE 36]. The Magistrate Judge first recommended to the District Court that the Clerk of Court enter default under Rule 55(a) of the Federal Rules of Civil Procedure as to both Defendants. The Magistrate Judge further recommended that the District Court take under advisement the motion as to the entry of default judgment pending on April 1, 2008, on the issue of an entry of judgment and the amount of damages under Rule 55(b), after which another Report and Recommendation would be issued.

Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten days after being served with a copy

of the Magistrate Judge's Report and Recommendation to file written objections with the Clerk of Court. Herein, the parties did not file objections to the Magistrate Judge's Report and Recommendation. Accordingly, the parties have waived any right to challenge the Magistrate Judge's Report and Recommendation because they have failed to file timely objections. *See e.g., United States v. Hall*, 462 F.3d 684, 688 (7th Cir. 2006) ("[T]he failure to object to the recommendations and decisions of a magistrate judge is one instance [in which] we have held [that] waiver of appellate review results."); *see also Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

The undersigned District Judge being duly advised adopts the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Entry of Default Judgment [DE 36] and orders the Clerk of Court to enter default under Rule 55(a) as to both Defendants. The undersigned District Judge further takes the motion, with respect to the entry of default judgment, under advisement, pending the April 1, 2008, hearing after which the Magistrate Judge will issue a Report and Recommendation on the issue of an entry of judgment and the amount of damages.

SO ORDERED on March 28, 2008.

s/ Joseph S. Van Bokkelen  
JOSEPH S. VAN BOKKELEN  
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record  
      Steven Goldberg