# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| AMERICAN ACCEPTANCE CO., LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN GOLDBERG and | ) | Case No. 2:08-CV-9 JVB |
| GOLDBERG ASSOCIATES, LLC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| WACHOVIA BANK, N.A., | ) | |
| | ) | |
| Garnishee-Defendant. | ) | |

## ORDER

On April 22, 2008, Magistrate Judge Paul R. Cherry issued his Findings, Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) [DE 42] on Plaintiff's Motion for Entry of Default Judgment Versus the Defendants Steven Goldberg and Goldberg Associates, LLC [DE 25]. In his Report and Recommendation, Magistrate Judge Cherry recommended that the undersigned District Judge grant the Motion for Entry of Default Judgment and enter judgment in favor of American Acceptance Co., LLC and against the Defendants Steven Goldberg and Goldberg Associates, LLC, jointly and severally in the amount of $607,995.72, together with judgment interest, plus costs of $350.00.

Pursuant to 28 U.S.C. § 636(b)(1), Magistrate Judge Cherry advised the parties that they had ten days after being served with a copy of the Report and Recommendation to file written objections with the Clerk of Court. Magistrate Judge Cherry further noted that the failure to file timely objections would result in waiver of the right to challenge the Recommendation before either the undersigned District Judge or the Court of Appeals. Herein, the parties did not file objections to

Magistrate Judge Cherry's Report and Recommendation. Accordingly, the parties have waived any right to challenge Magistrate Judge Cherry's Report and Recommendation because they have failed to file timely objections. *See e.g.*, *United States v. Hall*, 462 F.3d 684, 688 (7th Cir. 2006) ("[T]he failure to object to the recommendations and decisions of a magistrate judge is one instance [in which] we have held [that] waiver of appellate review results."); *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

The undersigned District Judge being duly advised adopts the Magistrate Judge's Report and Recommendation [DE 42], grants Plaintiff's Motion for Entry of Default Judgment Versus the Defendants Steven Goldberg and Goldberg Associates, LLC [DE 25], and orders the Clerk of Court to enter default judgments as to both Defendants pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Accordingly, the Clerk is further directed to enter judgment in favor of American Acceptance Co., LLC and against the Defendants Steven L. Goldberg and Goldberg Associates, LLC., jointly and severally in the sum of $607,995.72, together with judgment interest, plus costs of $350.00.

SO ORDERED on May 14, 2008.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record
      Steven Goldberg